UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEQUASSETT INN, LLP; WEQUASSETT RESORT AND GOLF CLUB; and WESTON & SAMPSON <br><br> Defendants. | Case No. 1:18-cv-11820 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Conservation Law Foundation, Inc. voluntarily dismisses without prejudice the above-entitled action against Defendants Wequassett Inn, LLP; Wequassett Resort and Golf Club; and Weston & Sampson. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 24, 2019

Conservation Law Foundation, Inc.,
By its attorneys:

*/s/ Heather A. Govern*
Heather A. Govern, Esq., BBO# 688482
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

/s/ <u>*Christopher M. Kilian*</u>
Christopher M. Kilian, Esq.
*Admitted Pro Hac Vice*
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4015
ckilian@clf.org

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on June 24, 2019.